UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 22-81062-CV-MIDDLEBROOKS

NELSON FERNANDEZ,

    Plaintiff,

v.

PAWN AND JEWELRY
PLACE OF BOCA RATON, INC.,

    Defendant.
_____/

### ORDER CLOSING CASE

THIS CAUSE comes before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice, filed September 13, 2022. (DE 7). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has served neither. Accordingly, it is **ORDERED AND ADJUDGED**:

1. This case is **DISMISSED WITH PREJUDICE.**
2. The Clerk of Court shall **CLOSE THIS CASE.**
3. All pending motions are **DENIED AS MOOT.**
4. Each of the parties shall bear its own attorneys' fees and costs.

**SIGNED** in Chambers, at West Palm Beach, Florida, this ___ day of October, 2022.

Donald M. Middlebrooks
United States District Judge